Case 4:02-cr-00592-KOB-TMP   Document 55   Filed 11/20/09   Page 1 of 1

FILED
2009 Nov-20 AM 09:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

UNITED STATES OF AMERICA

    v.                                               Case Number CR 02-BE-592-M

STEPHEN DWIGHT MOSES
     Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, STEPHEN DWIGHT MOSES, was represented by Thomas R. Wolsoncroft.

Having determined that the defendant in the above styled cause, who was convicted on July 29, 2003 and sentenced to custody for seventy months and placed on supervised release for a period of thirty-six months, has violated the terms of supervised release, the court hereby ORDERS that supervised release be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **twenty-four months** with no further supervised release to follow.

Pursuant to U.S.S.G §7B1.3(d), the balance of the court-ordered financial obligations remain in full force and effect and may be collected by the Financial Litigation Unit of the United States Attorney's Office.

The court finds that the defendant does not have the ability to pay the Bureau of Prisons Cost of Incarceration Fee.

The defendant shall surrender immediately.

Signed this the 20th day of November 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE