FILED
09 DEC -2 PM 12:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

I have partially executed this writ by delivering MOSES, STEPHEN to USMS N/AL on 11/16/09

U. S. Marshal
By: _____
Deputy

I have partially executed this writ by delivering Moses, Stephen to Etowah Co JL on 11-23-09

U. S. Marshal
By: _____
Deputy